AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Cowles and Carnell Spann

**SUMMONS IN A CIVIL CASE**

V.

Government of the District of Columbia

Case: 1:07-cv-01909
Assigned To : Bates, John D.
Assign. Date : 10/23/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Government of the District of Columbia
Mayor Adrian Fenty
c/o Secretary of the District
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Cantoe
Arnold : Porter
555 12t St NW
Washington DC 20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        OCT 23 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>10-23-07 at 3:14 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel F. Portnoy | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Arlethia Thompson, Legal Assistant, authorized to accept. Service was completed at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-23-07
              Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.