IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA COWLES** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 07--CV-01909 (JDB) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION REGARDING SCHEDULE

At the November 26, 2007 status conference in *Bobo v. Government of the District of Columbia* (Case No. 07-01779), the parties requested that the Court order that the schedule in *Bobo* apply to the above-captioned matter as well. The Court indicated that this was acceptable, and asked that the parties submit a motion to effectuate the request. Accordingly, the parties respectfully request that the Court order that the schedule for *Bobo* also applies to this case. A proposed order is attached.

Counsel for defendant has authorized the filing of this motion.

Respectfully Submitted,

/s/
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

Date:   December 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **LINDA COWLES** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-01909 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **[Proposed] Scheduling Order**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is on this ____ day of _____, 2007, hereby ORDERED that the following schedule shall govern the proceedings in this action:

1. The schedule entered in *Bobo v. Government of the District of Columbia* (Case No. 07-01779) shall apply to the above-captioned matter.

IT IS SO ORDERED.

_____
JOHN D. BATES
United States District Court Judge