IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA COWLES *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07--CV-01909 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT MOTION REGARDING SCHEDULE

Plaintiff, with the consent of Defendant, respectfully requests that the Court extend the currently scheduled deadlines by two months. In an effort to resolve this matter, the parties have focused their efforts on settlement discussions. No settlement has been reached to date. While the parties plan to continue settlement discussions unless and until such discussions prove unproductive, additional time is required to complete discovery.

Accordingly, Plaintiff, with the consent of Defendant, respectfully requests that the Court extend all deadlines by two months as set forth on the attached Proposed Order.

Respectfully Submitted,

/s/
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

Date:  March 24, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LINDA COWLES** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-01909 (JDB) |
| v. | ) ) ) | |
| **DISTRICT OF COLUMBIA**, | ) ) ) | |
| Defendant. | ) ) | |

**[Proposed] Scheduling Order**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is on this _____ day of _____, 2008, hereby ORDERED that the schedule is amended as follows:

1. All discovery shall be completed by May 25, 2008.

2. A status conference shall be held on _____, 2008 at _____.

3. Dispositive motions are due by June 25, 2008.

4. Oppositions to dispositive motions are due by July 25, 2008.

5. Replies to dispositive motions are due by August 15, 2008.

IT IS SO ORDERED.

_____
JOHN D. BATES
United States District Court Judge