# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LINDA COWLES, *et al.,*

   Plaintiffs,

v.

DISTRICT OF COLUMBIA,

   Defendant.

C.A. No. 07-1909 (JDB)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the parties hereby stipulate to the dismissal of the above captioned matter with prejudice, with each party to bear its own costs.

Respectfully submitted,

    /s/ Patricia A. Jones
DANIEL A. CANTOR [457115]
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

        /s/ Leticia L. Valdes
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 730-1881
Leticia.Valdes@dc.gov

Counsel for defendants